IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  vs.<br><br>KIM R. PELTIER, and TOOLE COUNTY, a political subdivision of the State of Montana,<br><br>    Defendants. | CV 18-17-GF-BMM<br><br>**ORDER** |

Upon the Notice of Dismissal (Doc. 15) and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED with each party to bear their own fees and costs.

DATED this 18th day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court